# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MUNA SULTAN ABADI

        Plaintiff,        Case No. 20-11560

v.        Judith E. Levy
        United States District Judge

ANDREW SAUL
COMMISSIONER OF SOCIAL    Mag. Judge Curtis Ivy, Jr.
SECURITY

        Defendant.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION [18]**

Before the Court is Magistrate Judge Ivy's Report and Recommendation recommending the Court deny Plaintiff's motion for summary judgment (ECF No. 16) and grant Defendant's motion for summary judgment (ECF No. 17). (ECF No. 18.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 18) is ADOPTED;

Plaintiff's motion for summary judgment (ECF No. 16) is DENIED;

Defendant's motion for summary judgment (ECF No. 17) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: September 20, 2021　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 20, 2021.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).